UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICOR SOFTWARE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATIVE TECHNOLOGY SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 8:13-cv-00448-CJC-JCGx<br><br>**CONSENT JUDGMENT**<br><br>**Hon. Cormac J. Carney** |

The Court, based upon the attached stipulation, hereby enters Judgment for Plaintiff Epicor Software Corporation and against Defendants Alternative Technology Solutions, Inc., Vivian Keena, and Donna Barnett, jointly and severally, in the amount of $950,000.

IT IS SO ORDERED.

Dated this 7th day of March, 2018.

_____

The Honorable Cormac J. Carney

United States District Judge